UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EBATES PERFORMANCE MARKETING,

                Plaintiff,           **ORDER**

      -against-            **23-mc-79 (JGK) (JW)**

HCL AMERICA,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    A hearing on Plaintiff's motion to compel is currently scheduled for April 24, 2023. Dkt. No. 21. On April 20, 2023, Defendant filed their opposition to that motion, as well as a counter motion. See Dkt. Nos. 22; 25. In light of the new motion, the hearing is adjourned to **May 8, 2023**, at **1:30 PM**. Plaintiff has until **May 1, 2023** to file an opposition to the counter motion.

    SO ORDERED.

DATED:    New York, New York
              April 21, 2023

                                            _____
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge